IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| BENJAMIN FREEDLAND | : | No. 15-175-1 |

**ORDER**

AND NOW, this 20th day of August, 2020, upon consideration of Benjamin Freedland's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 32), the Government's opposition thereto (Doc. No. 36), and Mr. Freedland's reply (Doc. No. 40), it is **ORDERED** that the Motion to Reduce Sentence (Doc. No. 32) is **DENIED** for the reasons set forth in the Court's accompanying Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE